United States District Court
Southern District of Texas
ENTERED
AUG 18 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 17 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TERRY WILLIAMSON, § | |
| Defendant-Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-016 |
| § | |
| UNITED STATES OF AMERICA, § | |
| Plaintiff-Respondent. § | |

## ORDER

Before the Court is Terry Williamson's Notice of Appeal and his Application for Certificate of Appealability. On June, 19, 1998, Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence was dismissed. However, at this time the Court is of the opinion that a substantial showing of the denial of a constitutional right may exist for the following reasons:

On November 3, 1993, the Petitioner was charged with conspiring to possess approximately 1,542 pounds of marijuana with the intent to distribute, and was sentenced on February 22, 1994, to 360 months followed by a five year Supervised Release Term. In determining the Petitioner's sentence, the Court allowed the Petitioner's conspiracy conviction to serve as the triggering offense of the Career Offender Section 4B1.1 of the Sentencing Guidelines. During this time, the Career Offender Section was in a transitional stage with proposed amendments being considered to clear up the ambiguity that existed as to whether or not the provisions included conspiracy convictions. It was subsequently decided in *United States v. Bellazerious*, 24 F.3d 698 (5th Cir. 1994), that conspiracy convictions could not serve as offenses that trigger Section 4B1.1, nor could they serve as prior offenses.

This Court had held otherwise applying the conspiracy conviction to the Career Offender Section 4B1.1 of the Sentencing Guidelines.

Accordingly, Petitioner's request for relief should be and is hereby GRANTED.

Done this 17th day of August, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge