/16

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TERRY DEWAYNE WILLIAMSON, § | |
|    Plaintiff-Petitioner, § | |
| § | CIVIL ACTION NO. B-97-016 |
| VS. § | |
| § | CRIMINAL NO. B-93-132-4 |
| UNITED STATES OF AMERICA, § | |
|    Defendant-Respondent. § | |

## ORDER

Petitioner, Terry DeWayne Williamson, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by March 9, 2001.

DONE at Brownsville, Texas, this 25th day of January, 2001.

/s/ John Wm. Black
John Wm. Black
United States Magistrate Judge