17

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

United States Courts
Southern District of Texas
FILED

FEB 0 7 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON, PLAINTIFF-PETITIONER, | § § § § | |
| versus, | § § § | CIVIL ACTION NO. B-97-016 CRIMINAL NO. B-93-132-4 |
| UNITED STATES OF AMERICA, DEFENDANT-RESPONDENT. | § § § | |

## MOTION FOR APPOINTMENT OF COUNSEL

NOW INTO COURT comes Terry Dewayne Williamson, petitioner appearing through propia persona representation and respectfully moves this Honorable Court to appoint counsel for the purpose of assisting this petitioner in the preparation of a traverse brief to the government's opposition brief to this petitioner's §2255 Motion, pursuant to Title 18 U.S.C. §3006A and §3006B.

This petitioner makes this request in light of the most recent Order by this Honorable Court for the government to file their response to this petitioner's §2255 Motion by March 9, 2001.

Wherefore premises considered, this petitioner prays this Honorable Court will appoint counsel to represent him in the above action and any other action in which counsel's assistance will be necessary.

Respectfully Submitted,

*Terry Williamson*
Terry Dewayne Willamson
U.S.M. No.39570-079
Austin Unit
Post Office Box 15330
Fort Worth, Texas 76119

## CERTIFICATE OF SERVICE

I Terry Dewayne Williamson, hereby certify, under penalty of perjury that a true and correct copy of this foregoing legal instrument has been sent to the following:

Mark Patterson
A.U.S.A.
1036 E. Levee
Brownsville, Texas 78520

... by placing the same in a prepaid, sealed envelope and depositing it in this institution's "legal mail" mailbox for forwarding to the above mentioned individual.

1-30-01
DATE

*Terry Williamson* (signature)
Terry Dewayne Williamson

§