20

United States District Court
Southern District of Texas
ENTERED

MAY 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TERRY DEWAYNE WILLIAMSON, § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. B-97-016 |
| v. § | |
| § | CRIMINAL NO. B-93-132-04 |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

### ORDER DENYING PETITIONER'S MOTION FOR RELIEF UNDER §2255 and GRANTING RESPONDENT'S MOTION TO DISMISS

Pending before the Court is Petitioner's "Motion to Amend 28 U.S.C. §2255 Motion to Vacate, Set Aside, Or Correct Sentence" (Civil Docket No. 15, Criminal Docket No. 448) and Respondent's "Motion to Dismiss Motion to Vacate Under §2255 and Answer" (Civil Docket No. 18, Criminal Docket No. 452). After due consideration of the pleadings and law, the Court is of the opinion that Petitioner's Motion should be denied and Respondent's Motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's "Motion to Amend 28 U.S.C. §2255 Motion to Vacate, Set Aside, Or Correct Sentence" is hereby DENIED.

It is, further, ORDERED, ADJUDGED, and DECREED that Respondent's "Motion to Dismiss Motion to Vacate Under §2255 and Answer" is hereby GRANTED.

IT IS SO ORDERED.

SIGNED this the 11th day of MAY, 2001, in Brownsville, Texas.

Filemon B. Vela
United States District Judge