21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TERRY DEWAYNE WILLIAMSON, PETITIONER, § § § § § | |
| versus, § § § | CIVIL ACTION B-97-016 |
| UNITED STATES OF AMERICA, RESPONDENT. § § § § | |

## NOTICE OF APPEAL

Now Into Court come Terry Williamson and informs this Honorable Court of his intention to appeal the denial of relief as stated in Docket #20 dated May 11, 2001.

Petitioner Williamson hereby places a Notice of Appeal on the record and respectfully requests a clarification as to the ORDER (Doc. 20) due to the ambiguous language therein.

The Order States that before the "Court is petitioner's 'Motion to Amend 28 U.S.C. §2255 Motion to Vacate, Set Aside, or Correct Sentence'(Civil Docket No. 15, Criminal Docket No. 448) and Respondent's 'Motion to Dismiss Motion to Vacate Under §2255 and Answer"(Civil Docket No. 18, Criminal Docket No. 452).'"

This Honorable Court ORDERED that this petitioner's "Motion to Amend 28 U.S.C. Motion to Vacate, Set Aside, or Correct Sentence" is hereby DENIED, and that the Respondent's "Motion to Dismiss Motion to Vacate Under §2255 and Answer" be Granted. The ambiguity comes from the fact that the government only responded and opposed this petitioner's "Motion to Amend", yet failed to oppose the Original §2255 which was being amended by the APPRENDI issue.

-1-

This Honorable Court Denies this petitioner relief to the "Motion to Amend §2255"(Doc no. 15; 448), yet fails to reach the issues brought within the original §2255 motion filed on August 31,2001.

Wherefore premises considered, this petitioner respectfully moves this Honorable Court for a clarification on this issue, and files this Notice of Appeal on the dismissal of his "Motion to Amend §2255" and assuming arguendo that this Honorable Court dismissed his initial §2255 without reaching the merits of the arguments, then may this Notice of Appeal also include the denial of relief to my original §2255 filed on August 31,2001.

Respectfully Submitted,

*Terry Williamson*
TERRY DEWAYNE WILLIAMSON
U.S.M. NO. 39570-079
AUSTIN UNIT
POST OFFICE BOX 15330
FORT WORTH, TEXAS 76119

## CERTIFICATE OF SERVICE

I, TERRY DEWAYNE WILLIAMSON hereby certify, under penalty of perjury that a true and correct copy of this foregoing legal instrument has been sent to the following:

JAMES DEATLEY
UNITED STATES ATTORNEY
910 TRAVIS, SUITE 1500
HOUSTON, TEXAS 77208

...by placing the same in a prepaid sealed envelope and depositing it in this institution's legal mail mailbox for forwarding to the above named individual.

5-17-01
DATE

*Terry Williamson*
TERRY WILLIAMSON

2