

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON, <br> AKA. "BUTCH" <br> PETITIONER, | § § § § § | |
| versus, | § § § | CIVIL ACTION NO. B-97-016 <br> CRIMINAL NO. B-93-132-4 |
| UNITED STATES OF AMERICA, <br> RESPONDENT/DEFENDANT. | § § § | |

### MOTION TO BE LOANED OR FURNISHED THE TRANSCRIPTS OF THE JURY INSTRUCTIONS IN THIS CASE

NOW INTO THIS HONORABLE COURT COMES Terry Williamson, by way of propia persona representation and respectfully moves this Honorable Court to loan or furnish this petitioner the transcripts of the following proceeding:

1) Instructions to the Jury by the Honorable Filemon Vela.

In support of this respectful request this petitioner states the following:

I

That this Honorable Court has jurisdiction under Rule 6 of the Rules governing 28 U.S.C. §2255 proceedings which allows for litigants to request Discovery Materials under the process and Rules of Civil Procedure, if good cause can be shown, and this Honorable Court excercises his discretion allowing discovery.

II

This Honorable Court has granted In Forma Pauperis to allow this petitioner to proceed without paying costs or fees associated with this appeal but this petitioner is willing to pay for the cost of these documents due to their importance in this case.

III

That these documents were never made available to this petitioner and this petitioner had made many requests for this portion of the record, but to no avail. Now, the Government has quoted from this portion of the record in response to this petitioner's APPRENDI claim and this petitioner is unable to effectively challenge the government's assertions without this portion of the record.

IV

That it is crucial for this defendant to have an opportunity to effectively review the record as to the Government's argument, due to the broadness of the language that was typically used by the District Court's during Jury instructions prior to the Supreme Court holding in APPRENDI v. NEW JERSEY, 120 S.Ct 2348.

This petitioner respectfully requests this motion to be granted in light of the arguments and statements made herein this Motion to Be Loaned or Furnished the Transcripts of the Jury Instructions in this case.

Respectfully,

*Terry Williamson*
Terry Williamson
U.S.M. No. 39570-079
Austin Unit
Post Office Box 15330
Fort Worth, Texas 76119

## CERTIFICATE OF SERVICE

I Terry Williamson hereby certify under penalty of perjury that a true and correct copy of this foregoing legal instrument has been sent to the following:

KATHLYN G. SNYDER
ASST. U.S. ATTORNEY
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129

...by placing the same in a prepaid, sealed envelope and placing it in this institution's "legal mail" mailbox for forwarding to the above named individual.

5-13-01
DATE

*Terry Williamson*
Terry Williamson

-3-