24

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON, PLAINTIFF-PETITIONER, | § § § § | |
| versus, | § § § | CIVIL ACTION NO. B-97-016 CRIMINAL NO. B-93-132-4 |
| UNITED STATES OF AMERICA, DEFENDANT-RESPONDENT. | § § § | |

O R D E R

On this day came to be heard petitioner Williamson's Motion for Appointment of Counsel, and this Court after having considered said motion, in light of this case, hereby ORDERS that this motion be hereby:

~~GRANTED~~ DENIED.

11 JUNE 2001
DATE

HONORABLE PRESIDING JUDGE

Executed on this ____ day of _____, 2001.

(DE#17)