25

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON, AKA. "BUTCH" PETITIONER, | § § § § § | |
| versus, | § § § | CIVIL ACTION NO. B-97-016 CRIMINAL NO. B-93-132-4 |
| UNITED STATES OF AMERICA, RESPONDENT/DEFENDANT. | § § § | |

O R D E R

On this _12_ day of _June_, 2001, came to be heard petitioner Williamson's Motion to be Furnished or Loaned the Transcripts of the Jury Instruction by Judge Filemon Vela in this case. And this Honorable Court having considered the same and excercising discretion hereby ORDERS that this Motion be ~~GRANTED~~ DENIED, and the materials be sent to Mr. Williamson accordingly.

_____
Presiding Judge

(DE #22)