United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON | § | |
|     Petitioner, | § | CIVIL ACTION NO. B-97-016 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA | § | CRIMINAL NO. B-93-132-04 |
|     Respondent. | § | |

### ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court dismissed Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 on the 11th day of May, 2001. Petitioner then filed his Notice of Appeal on the 21st day of May, 2001. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the District Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An Applicant cannot take an appeal without a certificate.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the Applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby **DENIED**.

It is so **ORDERED**.

DONE this 11th day of December, 2001 in Brownsville, Texas.

 

Filemon B. Vela
United States District Judge