IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-40597
USDC No. B-97-CV-16
B-93-CR-132-4

U.S. COURT OF APPEALS
FILED
MAY - 7 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAY 1 0 2002
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff-Appellee

versus

TERRY WILLIAMSON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
--------------------

Before DAVIS, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

The district court's order dismissing Terry Williamson's 28 U.S.C. § 2255 motion and Williamson's motion to amend his 28 U.S.C. § 2255 motion did not address Williamson's 28 U.S.C. § 2255 claims. The order disposed of less than all of Williamson's claims and thus was not an appealable final order conferring jurisdiction on this court. See Borne v. A & P Boat Rentals No. 4, Inc., 755 F.2d 1131, 1133 (5th Cir. 1985); Huckeby v. Frozen Food Express, 555 F.2d 542, 545-46 (5th Cir.1977);

No. 01-40597
-2-

28 U.S.C. § 1291. Furthermore, it is not clear in the district court's dismissal order whether the court dismissed Williamson's claims under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), which were the only claims addressed by the Government in the district court, as successive, or because the claims lacked merit. A reasoned opinion is necessary in order for this court to conduct proper appellate review. See <u>Mitchell v. Sheriff Dep't, Lubbock County, Tex.</u>, 995 F.2d 60, 62 n.1 (5th Cir. 1993).

Williamson's appeal is DISMISSED FOR LACK OF JURISDICTION.

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana   MAY 0 7 2002

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 7, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

**MAY 1 0 2002**

Michael N. Milby, Clerk of Court

        No. 01-40597 USA v. Williamson
          USDC No. B-97-CV-16
                B-93-CR-132-4

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

(11) Volumes   ( 1 ) SEALED Envelope   (   ) Boxes

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                 By: _Peter Conners /PPC/_
                      Peter Conners, Deputy Clerk
                      504-310-7685

/trm
cc: w/encl:
    Mr Terry Dewayne Williamson
    Mr James Lee Turner

MDT-1