

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
JUL 3 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-016 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Petitioner Terry Dewayne Williamson has filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 21 U.S.C. § 2255 (Docket No. 14) and a Motion to Amend 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 15).

Petitioner's motion to amend (Docket No. 15) is **GRANTED**. This Court finds that the motion to amend does not supersede Petitioner's original motion, but rather, his motion to amend adds additional claims of relief to which he argues he is entitled under 21 U.S.C. § 2255.

The Court takes judicial notice that the Respondent United States of America filed a Motion to Dismiss and Answer (Docket No. 18), addressing only the claims raised in Petitioner's motion to amend (Docket No. 15). The Respondent is hereby **ORDERED** to file a response to the issues raised in the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 21 U.S.C. § 2255 (Docket No. 14) within 30 days from the date of this order.

DONE in Brownsville, Texas, on this 30th day of July, 2002.

Filemon B. Vela
United States District Judge