32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | CASE NO. B-93-CR-132-1 |
| vs. | § | (C.A. No. B-97-016) |
| TERRY WILLIAMSON, | § | |
| Defendant-Petitioner. | § | |
| | § | |

### MOTION TO DISMISS

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW Terry Williamson, your Petitioner in the above styled and numbered cause, who hereby submit his, this instant "Motion To Dismiss" his pending 28 U.S.C. §2255 Motion, Request to Be Present for Resentencing, and all pending Motions and Litigation in the above case numbers.

In support of this instant motion, Petitioner would state and show the Court as follows:

1. On or about July 30, 2002, the Fifth Circuit Court of Appeals ordered the District Court to respond to Petitioner's 28 U.S.C. §2255 Motion, and Amended Motion;

2. On or about Sept. 4, 2002, Petitioner received a copy of the government's Answer to Petitioner's §2255 Motion;

3. Petitioner note that he was assisted in his §2255 pleadings by another inmate who has since transferred to another Institution, and that Petitioner is a layman of the law, who do not understand the legal ramifications. That further review of the §2255 Pleadings, all pending Motions, and the Government's Answer, Petitioner has been advised and agree that his pending pleadings are without merit and the Government's Answer is well grounded;

4. To not further burden the Court Petitioner hereby request that his 28 U.S.C. §2255 Motion, and all pending Motions/Pleadings in the above case numbers be dismissed with prejudice; that Petitioner make this instant request freely and without coercion or threat.

WHEREFORE premises considered herein above, Petitioner pray the Court will issue a Order Dismissing with prejudice, his pending 28 U.S.C. §2255 Motion, and all pending Motions and Pleadings in the above case numbers.

Respectfully Submitted,

*/s/ Terry Williamson*
Terry Williamson
Reg. No. 39570-079
P.O. Box 15330 (Austin Unit)
Fort Worth, Tx 76119

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above foregoing "Motion To Dismiss" was mailed this ___ day of Sept. 2002, with first class postage prepaid to the following parties:

Kathlyn G. Snyder
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Tx 77208

Honorable Judge Filemon Vela
In the Chambers of Hon. Judge Vela
U.S. District Court
600 E. Harrison Street
Brownsville, Tx 78520-7114

*/s/ Terry Williamson*
Terry Williamson