IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TERRY WILLIAMSON, | § | |
| Petitioner-Defendant, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-97-016 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent, Plaintiff. | § | |

## ORDER GRANTING MOTION TO DISMISS

Upon review of Petitioner's Motion to Dismiss his 28 U.S.C. §2255 motion and all pending motions in the above numbered and styled cause, this court hereby grants said motion and dismisses with prejudice.

DONE this 23rd day of September, 2002 at Brownsville, Texas.

Filemon B. Vela
United States District Judge